IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **VICTORIA D. WILLIAMS**<br>　　　　Plaintiff, | §<br>§<br>§ | Civ. Action No. 3:25-cv-719-CWR-ASH |
| v. | §<br>§<br>§ | |
| **STACEY L SMELLEY<br>AND JOHN DOES 1-3**<br>　　　　Defendants | §<br>§<br>§<br>§ | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Stacey L. Smelley files this Notice of Removal on the basis of diversity of citizenship and jurisdictional amount, and respectfully shows the Court as follows:

## FACTUAL BACKGROUND

1. This is a personal injury dispute. Plaintiff Victoria D. Williams ("Plaintiff") has sued Stacey L. Smelley in the lawsuit styled *Victoria D. Williams v Stacey L. Smelley and John Does 1-3; Cause No. 25-2834*; in the County Court of Hinds County, Mississippi (the "State Action").

2. Stacey L. Smelley were served on September 6, 2025 (*See* **Exhibit A** – Affidavit of Service).

## BASIS FOR REMOVAL

3. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1331, 1332(a)(1), 1441(a), and 1446.

   **A.**　　**Complete Diversity Exists Between the Parties**

5. According to the Complaint, Plaintiff is a resident citizen of Hinds County, Mississippi. (See Plaintiff's Complaint, P. 1, Paragraph 3 which is part of the State Action pleadings/documents submitted herewith.)

6. Both at the time the State Action was filed and at the time of removal, Stacey L. Smelley was and is a resident citizen of Livingston, Texas.

7. Because the Plaintiff is a citizen of Mississippi and the Defendant is a citizen of Texas, complete diversity of citizenship exists among the parties.

### B. The Amount in Controversy Exceeds $75,000.

8. The amount in controversy exceeds $75,000. Plaintiff's last demand before the State Action was filed was for the policy limits of the applicable insurance policy, which is $100,000.00 (*See* July 14, 2025 Email from Plaintiff's Counsel which is attached hereto as **Exhibit B.** See also the Declarations Page pertaining to the applicable policy limits which is attached hereto as **Exhibit C.**)

9. Accordingly, by virtue of diversity of citizenship, and the amount in controversy, this Court has jurisdiction over this case.

### REMOVAL IS PROCEDURALLY CORRECT

10. The Plaintiff filed the State Action against Stacey L. Smelley on August 25, 2025. Stacey L. Smelley was served on September 6, 2025. Stacey L. Smelley is filing this Notice of Removal within the thirty-day time period required by 28 U.S.C. § 1446(b) and within a year of the date suit was first filed in state court. *See* Fed. R. Civ. P. 6(a)(1)(C).

11. Venue is proper in this district and division under 28 U.S.C. § 1446(a) because this district and division include the county in which the State Action is pending and because a

substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this district and division.

12. Pursuant to 28 U.S.C. § 1446(a), Stacey L. Smelley has filed with this Notice of Removal a copy of all process, pleadings, and orders served upon Stacy L. Smelley in the State Action.

14. Pursuant to Rule 5(b) of the Local Uniform Civil Rules of the United States District Courts for the Southern District of Mississippi, Stacey L. Smelley has filed with this Notice of Removal a copy of the entire state court record (See **Exhibit D**). At the time of the filing of this Notice of Removal, there are no unresolved motions that were filed in state court.

15. Pursuant to 28 U.S.C. § 1446(d), and promptly after filing this Notice of Removal with this Court, Stacey Smelley will give written notice of the removal to all adverse parties and will file a copy of the notice with the clerk of the County Court of Hinds County, Mississippi.

## CONCLUSION

Based on the foregoing and the other documents filed contemporaneously with this Notice of Removal, all of which are fully incorporated herein by reference, Defendant Stacey Smelley hereby removes this case to this Court for trial and determination.

RESPECTFULLY SUBMITTED this the 24th day of September, 2025.

**STACEY SMELLEY**

By: /s/ *Kenneth S. Womack*
Christi G. Jones, MSB#103004
Kenneth S. Womack, MSB#7353
**MARON MARVEL BRADLEY ANDERSON & TARDY, LLC**
1020 Highland Colony Parkway, Suite 400
Ridgeland, MS 39157
Telephone: (601)812-6630
Facsimile: (601) 206-0119
Kwomack@maraonmarvel.com
cjones@maronmarvel.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

This the 24th day of September, 2025.

<i>/s/ Kenneth S. Womack</i><br>
Kenneth S. Womack (MSB #7353)